UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MARIE CRUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JULIA RAMZI, *et al.*,<br><br>  Defendants. | Case No. 2:25-cv-0985-TLN-JDP (PS)<br><br>ORDER TO SHOW CAUSE |

  Plaintiff, proceeding without counsel, filed this action against eight individuals who are employed by the County of San Diego, alleging claims under the Americans with Disabilities Act, 42 U.S.C. § 1983, the Rehabilitation Act, the Fair Housing Act, and California law. ECF No. 1. Plaintiff appears to allege that defendants violated her rights by improperly denying her public benefits, including food, housing, and medical benefits. *Id.* at 5.

  The complaint fails to demonstrate that the Eastern District of California is a proper venue for plaintiff's claims. The relevant venue statute provides that a civil action may be brought in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's

personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).  Pursuant to 28 U.S.C. § 1406(a), a "district court of a district in which [a case is filed] laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."

Plaintiff's complaint does not allege any events or omissions occurring in the Eastern District of California.  Moreover, the address provided for all defendants is in San Diego County, ECF No. 1 at 2-3, which is located in the Southern District of California, *see* 28 U.S.C. § 84(d).  Thus, it appears that this district is not a proper venue.  The court will give plaintiff an opportunity to explain why this case should not be dismissed for improper venue.  Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this action.

Accordingly, plaintiff is hereby ORDERED to show cause within fourteen days why this case should not be dismissed for improper venue.

IT IS SO ORDERED.

Dated:   April 16, 2025                               _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE